UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**
JAN 2 9 2008

In the Matter of                                           Case 08 CR 0063

JOSE DOMINGO-CASTRO  1-29-08

**MAGISTRATE JUDGE
MORTON DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOSE DOMINGO-CASTRO

| | |
|---|---|
| SIGNATURE Patrick E. Boyle | |
| FIRM  LAW OFFICES OF PATRICK E. BOYLE | |
| STREET ADDRESS  155 N. MICHIGAN AVE. SUITE 562 | |
| CITY/STATE/ZIP  CHICAGO IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6209812 | TELEPHONE NUMBER  312 565-2888 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☒  NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☒  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☒ | |