UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

## MOTION FOR MATERIAL WITNESS WARRANTS

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court to issue 10 material witness warrants, pursuant to Title 18, United States Code, Section 3144, for material witnesses in the investigation of defendants, Jose Domingo-Castro and Boris Chinchilla, for violating Title 8, United States Code, Section 1324. In support of this motion, the government incorporates the attached affidavit of Assistant United States Attorney J. Gregory Deis. Proposed material witness warrants are also attached to this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ J. Gregory Deis
**J. GREGORY DEIS**
Assistant United States Attorney
219 South Dearborn Street, Suite 500
Chicago, IL 60604
(312) 886-7625

Dated: February 8, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that on February 8, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**MOTION FOR MATERIAL WITNESS WARRANTS**

were served pursuant to the district court's ECF system as to all ECF filers, and by first-class mail to non-ECF filers, if any.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By:   /s/ J. Gregory Deis
**J. GREGORY DEIS**
Assistant United States Attorney
219 South Dearborn Street, Suite 500
Chicago, IL 60604
(312) 886-7625

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 08 CR 63 |
| v. ) | |
| ) | Honorable Blanche M. Manning |
| BORIS CHINCHILLA-LINARES and ) | |
| JOSE DOMINGO-CASTRO ) | |

## WARRANT FOR ARREST OF WITNESS

**To:** United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest **Esteban Moran-Hernandez**, **Date of Birth:** November 20, 1991, **Alien Number:** A95 725 209, and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Blanche M. Manning, United States District Court, Northern District of Illinois, this ___ day of February, 2008.

_____
**CLERK**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

## WARRANT FOR ARREST OF WITNESS

**To:** United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest **Estela Mota-Gamez**, **Date of Birth:** July 25, 1991, **Alien Number:** A77 657 573 and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Blanche M. Manning, United States District Court, Northern District of Illinois, this __ day of February, 2008.

**CLERK**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

## WARRANT FOR ARREST OF WITNESS

**To:** United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest **Julio Mejia-Mejia**, **Date of Birth:** July 24, 1968, **Alien Number:** A77 657 610 and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Blanche M. Manning, United States District Court, Northern District of Illinois, this ___ day of February, 2008.

_____
**CLERK**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

## WARRANT FOR ARREST OF WITNESS

**To:** United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest **Emma Ramos-Ibanez**, **Date of Birth:** March 7, 1979, **Alien Number:** A77 657 613 and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Blanche M. Manning, United States District Court, Northern District of Illinois, this __ day of February, 2008.

**CLERK**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

## WARRANT FOR ARREST OF WITNESS

**To:**   United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest **William Orlando Vazquez-Villegas**, **Date of Birth:** May 3, 1983, **Alien Number:** A77 657 611 and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Blanche M. Manning, United States District Court, Northern District of Illinois, this ___ day of February, 2008.

                                                                                  _____
                                                                                  **CLERK**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

## WARRANT FOR ARREST OF WITNESS

**To:** United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest **Mefi Adiel Grijalva**, **Date of Birth:** June 30, 1985, **Alien Number:** A77 657 612 and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Blanche M. Manning, United States District Court, Northern District of Illinois, this __ day of February, 2008.


_____
**CLERK**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

## WARRANT FOR ARREST OF WITNESS

**To:** United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest **Josue Morales**, **Date of Birth:** June 10, 1978, **Alien Number:** A77 657 609 and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Blanche M. Manning, United States District Court, Northern District of Illinois, this __ day of February, 2008.

 

                                                          **CLERK**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

## WARRANT FOR ARREST OF WITNESS

**To:** United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest **Julio Garcia-Gonzalez**, **Date of Birth:** February 17, 1985, **Alien Number:** A77 657 608 and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Blanche M. Manning, United States District Court, Northern District of Illinois, this __ day of February, 2008.

_____
**CLERK**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

## WARRANT FOR ARREST OF WITNESS

**To:**   United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest **Abel Grijalva-Revolorio**, **Date of Birth:** February 11, 1983, **Alien Number:** A77 657 607 and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Blanche M. Manning, United States District Court, Northern District of Illinois, this __ day of February, 2008.


_____
**CLERK**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

**WARRANT FOR ARREST OF WITNESS**

**To:** United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest **Lucas Rodriguez-Ascencio**, **Date of Birth:** October 18, 1980, **Alien Number:** A77 657 582 and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable Blanche M. Manning, United States District Court, Northern District of Illinois, this __ day of February, 2008.


_____
**CLERK**