STATE OF ILLINOIS     )
                      )  SS
COUNTY OF COOK        )

## AFFIDAVIT

J. Gregory Deis, Assistant United States Attorney, being duly sworn, deposes and states as follows:

1. I am the Assistant United States Attorney who is assigned to handle *United States v. Chinchilla-Linares et al.*, No. 08 CR 63. This affidavit is submitted in support of the government's request that this Court issue 10 material witness warrants.

2. Defendants Boris Chinchilla-Linares and Jose Domingo-Castro were indicted on February 6, 2008. The indictment alleges that, on or about January 28, 2008, defendants, for the purpose of private financial gain, knowing and in reckless disregard of the fact that certain aliens had come to, entered, and remained in the United States in violation of law, did transport and move such aliens, namely 10 nationals from Mexico, Guatemala and El Salvador, within the United States by means of transportation and otherwise, in furtherance of such violation of law, n violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(I), and Title 18, United States Code, Section 2.

3. The defendants are not yet scheduled for arraignment.

4. The following individuals are currently in the administrative custody of the Department of Homeland Security, Immigrations and Customs Enforcement, and are subject to imminent deportation. However, these individuals have information material to the prosecution of the defendants. Therefore, the government respectfully requests that this Court issue material witness warrants for the following individuals:

| NAME | DATE OF BIRTH | ALIEN NUMBER |
|---|---|---|
| Esteban Moran-Hernandez | November 20, 1991 | A95 725 209 |
| Estela Mota-Gamez | July 25, 1991 | A77 657 610 |
| Julio Mejia-Mejia | July 24, 1968 | A77 657 610 |
| Emma Ramos-Ibanez | March 7, 1979 | A77 657 613 |
| William Orlando Vazquez-Villegas | May 3, 1983 | A77 657 611 |
| Mefi Adiel Grijalva | June 30, 1985 | A77 657 612 |
| Josue Morales | June 10, 1978 | A77 657 609 |
| Julio Garcia-Gonzalez | February 17, 1985 | A77 657 608 |
| Abel Grijalva-Revolorio | February 11, 1983 | A77 657 607 |
| Lucas Rodriguez-Ascencio | October 18, 1980 | A77 657 582 |

4. The government seeks to have the aforementioned individuals transferred to the custody of the U.S. Marshals Service in order to preserve the parties' opportunity to take depositions of these individuals. *See* Fed. R. Crim. Pro. 15. Accordingly, the government suggests that a status hearing be set for 30 days from the date the warrants are issued, at which time the continued detention of some or all of these individuals can be further evaluated.

*[signature]*

**J. GREGORY DEIS**
Assistant United States Attorney

SUBSCRIBED AND SWORN TO BEFORE ME
this 8th day of February 2008

*[signature]*
NOTARY PUBLIC

"OFFICIAL SEAL"
Donna C. Isaac
Notary Public, State of Illinois
My Commission Exp. 09/09/2008