UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | Magistrate Judge Morton Denlow |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

To:

    Keith J. Scherer, PC          Patrick E. Boyle, Esq.
    6585 North Avondale        155 North Michigan Avenue, Suite 562
    Chicago, IL 60631-1521     Chicago, IL 60601-7799

**PLEASE TAKE NOTICE** that on **Wednesday**, **February 13, 2008**, at **10:30 a.m.** or as soon thereafter as counsel may be heard, I will appear before **Magistrate Judge Morton Denlow** in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and then and there present ***MOTION FOR MATERIAL WITNESS WARRANTS***, at which time and place you may appear, if you see fit.

                                                Respectfully submitted,

                                                **PATRICK J. FITZGERALD**
                                                United States Attorney

                         By:    /s/ J. Gregory Deis
                                  **J. GREGORY DEIS**
                                  Assistant United States Attorney
                                  219 South Dearborn Street, Suite 500
                                  Chicago, IL 60604
                                  (312) 886-7625

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | Magistrate Judge Morton Denlow |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that on February 8, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**NOTICE OF MOTION**

were served pursuant to the district court's ECF system as to all ECF filers, and by first-class mail to non-ECF filers, if any.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By:   /s/ J. Gregory Deis
**J. GREGORY DEIS**
Assistant United States Attorney
219 South Dearborn Street, Suite 500
Chicago, IL 60604
(312) 886-7625