# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 63 - 1 | **DATE** | 2/13/2008 |
| **CASE TITLE** | USA vs. Jose Domingo Castro | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held.  Defendant waives formal reading of the indictment and enters a plea of not guilty to Count I of the indictment.  Defendant informed of rights.  16.1(a) conference to be held by or on 2/19/08.    Pretrial motions to be filed by or on 3/4/08; any response by or on 3/18/08; any reply by or on 4/1/08  Status hearing set before Judge Manning on 3/6/08 at 11:00 a.m..  Government's oral motion to exclude time is granted.  Time ordered excluded to 3/6/08  pursuant to 18:3161(h)(1)(F)   (X-E)

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | DK |
|---|---|---|