(01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 63 | **DATE** | 2/14/2008 |
| **CASE TITLE** | USA vs. Jose Domingo-Castro and Boris Chinchilla-Linares | | |

**DOCKET ENTRY TEXT**

Government's motion for material witness warrants [16][17] is granted. The Clerk of the Court is directed to issue arrest warrant as to Esteban Moran-Hernandez, Estela Mota-Gamez, Julio Mejia-Mejia, Emma Ramos-Ibanez, William Orlando Vazquez-Villegas, Mefi Adiel Grijalva, Josue Morales, Julio Garcia-Gonzalez, Abel Grijalva-Revolorio and Lucas Rodriguez-Ascencio for their appearance before Magistrate Judge Denlow on Wednesday, 2/20/08 at 2:00 p.m. pursuant to Title 18 USC Section 3144 for material witnesses in the investigation of defendants, Jose Domingo-Castro and Boris Chinchilla. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

B W Issued
FEB 1 5 2008

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|