UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 63 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Hon. Morton Denlow |
| | ) | |
| JOSE DOMINGO-CASTRO and | ) | |
| BORIS CHINCHILLA-LINARES | ) | |

## ORDER

The Government's motion for material witness warrants is granted. Arrest warrants for the following individuals should issue forthwith:

### NAME

Esteban Moran-Hernandez

Estela Mota-Gamez

Julio Mejia-Mejia

Emma Ramos-Ibanez

William Orlando Vazquez-Villegas

Mefi Adiel Grijalva

Josue Morales

Julio Garcia-Gonzalez

Abel Grijalva-Revolorio

Lucas Rodriguez-Ascencio

_____
HON. MORTON DENLOW
U.S. MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DATE:     February 14, 2008