# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 63 | **DATE** | 2/20/2008 |
| **CASE TITLE** | In Re: Material witness proceedings as to Esteban Moran-Hernandez | | |

**DOCKET ENTRY TEXT**

Material witness proceedings held. Esteban Moran-Hernandez informed of rights. Enter order appointing Ralph J. Schindler, Jr. to represent Esteban Moran-Hernandez. Government is ordered to complete deposition on or by 2/29/08. Esteban Moran-Hernandez is ordered detained at the River Valley Detention Center. The Court authorizes the River Valley Detention Center to seek emergency medical or dental treatment for Esteban Moran-Hernandez whenever it shall appear necessary while he is in custody of the Center. The Court also authorizes any hospital, physician, or dentist to render any emergency treatment or care which Esteban Moran-Hernandez may require while detained.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | DK |
|---|---|---|