# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 08 CR 63 | DATE | 2/20/2008 |
| CASE TITLE | In Re: Material witness proceedings as to Estela Mota-Gamez | | |

**DOCKET ENTRY TEXT**

Material witness proceedings held. Estela Mota-Gamez informed of rights. Enter order appointing Nishay K. Sanan to represent Estela Mota-Gamez. Government is ordered to complete deposition on or by 2/29/08. Estela Mota-Gamez is ordered detained at the River Valley Detention Center. The Court authorizes the River Valley Detention Center to seek emergency medical or dental treatment for Estela Mota-Gamez whenever it shall appear necessary while she is in custody of the Center. The Court also authorizes any hospital, physician, or dentist to render any emergency treatment or care which Estela Mota-Gamez may require while detained.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | DK |
|---|---|---|