**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Domingo Castro

Case Number:

08 CR 63

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Emma ~~Hosta~~ Ramos-Ibanez

FILED
FEB 2 0 2008
MAGISTRATE JUDGE
MORTON DENLOW

| NAME (Type or print) |
|---|
| Linda Amdur |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Linda Amdur |

| FIRM |
|---|
|  |

| STREET ADDRESS |
|---|
| 53 W. Jackson Blvd., Suite 1503 |

| CITY/STATE/ZIP |
|---|
| Chicago 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 15368 | (312) 347-9999 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☑