# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
REV. 1/10

| IN UNITED STATES | MAGISTRATE | DISTRICT | APPEALS COURT or | OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

United States vs
Emma ~~Maria~~ Ramos Ibanez

**FOR**
AT

**FILED**
2-20-08
FEB 2 0 2008
MAGISTRATE JUDGE
MORTON DENLOW

PERSON REPRESENTED (Show your full name)
Emma ~~Maria~~ Ramos Ibanez

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☑ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate

District Court
08 CR 63

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box → )
☐ Felony
☐ Misdemeanor

18 USC 1324

---

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment 11/67
How much did you earn per month $ 130

If married is your Spouse employed? ☐ Yes ☐ No

IF YES, how much does your Spouse earn per month $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____
SOURCES _____

**ASSETS**

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE VALUE AND DESCRIBE IT
VALUE $ _____
DESCRIPTION _____

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them _____

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: no

| Creditors | Total Debt | Monthly Payt |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify the above to be correct

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

X _Emma Ramos_    2/20/08

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.