# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 63 | **DATE** | 2/20/2008 |
| **CASE TITLE** | In Re: Material witness proceedings as to Mefi Adiel Grijulva | | |

**DOCKET ENTRY TEXT**

Material witness proceedings held. Mefi Adiel Grijulva informed of rights. Enter order appointing James F. Young to represent Mefi Adiel Grijulva. Government is ordered to complete deposition on or by 2/29/08 absent agreement by counsel. Mefi Adiel Grijulva is ordered detained .

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | DK |
|---|---|---|