# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

US v
MORAN - HERNANDEZ

Case Number: 08 CR 63

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MEFI ADIEL GRIJALVA

FILED
2-20-08
FEB 2 0 2008

MAGISTRATE JUDGE
MORTON DENLOW

| | |
|---|---|
| **NAME (Type or print)** James F. Young | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ James Young | |
| **FIRM** | |
| **STREET ADDRESS** 53 West Jackson Boulevard, Suite 820 | |
| **CITY/STATE/ZIP** Chicago, Illinois 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** | **TELEPHONE NUMBER** (312) 461-0374 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ | |