## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:

*US v Castro,*                                        *08 cr 63*

**FILED**
FEB 2 0 2008
MAGISTRATE JUDGE
MORTON DENLOW

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

*Josue Morales, Material Witness*

| |
|---|
| NAME (Type or print)<br>John C. Legutki |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John C. Legutki |
| FIRM<br>Law Office of John C. Legutki |
| STREET ADDRESS<br>53 West Jackson Boulevard, Suite 920 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6185685 | TELEPHONE NUMBER<br>(312) 939-8747 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☑ | | |