UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

The United States of America
-v-
Domingo Castro

Case

08 CR 63

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Abel Grijavala - Revolorio

FILED
FEB 2 0 2008
MAGISTRATE JUDGE
MORTON DENLOW

| SIGNATURE |
|---|
| s/ Kent R. Carlson |

| FIRM |
|---|
| Kent R. Carlson & Associates PC |

| STREET ADDRESS |
|---|
| 53 West Jackson Blvd.   Suite 1544 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06187369 | (312) 663-9601 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [x] | NO [ ] |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [x] |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [x] | NO [ ] |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES [x] NO [ ] |
|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL [ ]    APPOINTED COUNSEL [x] |