# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
REV. 1/90

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. Castro

FOR: **FILED** FEB 2 0 2008
MAGISTRATE JUDGE MORTON DENLOW

LOCATION NUMBER: ILNCC

PERSON REPRESENTED (Show your full name): Abel Grijalva-Revolar

DOCKET NUMBERS
- Magistrate:
- District Court: 08 CR 63
- Court of Appeals:

Type:
1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box ➜): ☒ Felony  ☐ Misdemeanor

8 USC 1324

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $_____
- IF NO, give month and year of last employment / How much did you earn per month $_____
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month $_____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $_____

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No  IF YES, state total amount $_____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- VALUE / DESCRIPTION
- IF YES, GIVE VALUE AND DESCRIBE IT: Nothing in USA

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☒ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 3

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: Nothing in USA
- Creditors / Total Debt / Monthly Payt.

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Abel Grijalva-Revolar   2/20/08

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.