*HHN*

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 08-CR-63

United States v. Domingo-Castro and Chinchilla-Linares

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lucas Rodriguez-Ascencio (Material Witness)

**FILED**
'J:N 2-21-2008
FEB 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Paul Camarena |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Paul Camarena |

| FIRM |
| --- |
| Paul Camarena, Esq. |

| STREET ADDRESS |
| --- |
| 333 W. North, No. 150 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | (312) 493-7494 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ✔ |