

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 63 | **DATE** | February 26, 2008 |
| **CASE TITLE** | USA vs. DOMINGO-CASTRO | | |

**DOCKET ENTRY TEXT:**

Defendant withdraws plea of not guilty and enters plea of guilty to count 1. Defendant informed of rights. Court accepts pleas and enters judgments of same. Order cause referred to the Probation Department for a presentence investigation report. The government is directed to submit its version of the offense to the Probation Office by 3/11/2008. Any objections to the presentence investigation report and/or motions for departure are to be filed by 5/21/2008. Response is to be filed by 5/30/2008. Sentencing is set for 6/5/2008 at 11:30 pm.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|