UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08 CR 63 |
| | ) | |
| BORIS CHINCHILLA-LINARES and | ) | Honorable Morton Denlow |
| JOSE DOMINGO-CASTRO | ) | |

**MOTION TO QUASH MATERIAL WITNESS WARRANTS**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court to quash 10 material witness warrants that were issued pursuant to Title 18, United States Code, Section 3144, for material witnesses in the prosecution of defendants, Boris Chinchilla-Linares and Jose Domingo Castro. In support of this motion, the government states as follows:

1. On February 6, 2008, defendants, Boris Chinchilla-Linares and Jose Domingo-Castro, were charged via indictment with transporting illegal aliens within the United States for the purpose of private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

2. On February 8, 2008, the government filed a motion for 10 material witness warrants for the following individuals:

| NAME | DATE OF BIRTH | ALIEN NUMBER |
|---|---|---|
| Esteban Moran-Hernandez | November 20, 1991 | A95 725 209 |
| Estela Mota-Gamez | July 25, 1991 | A77 657 610 |
| Julio Mejia-Mejia | July 24, 1968 | A77 657 610 |
| Emma Ramos-Ibanez | March 7, 1979 | A77 657 613 |
| William Orlando Vazquez-Villegas | May 3, 1983 | A77 657 611 |
| Mefi Adiel Grijalva | June 30, 1985 | A77 657 612 |
| Josue Morales | June 10, 1978 | A77 657 609 |

| NAME | DATE OF BIRTH | ALIEN NUMBER |
|---|---|---|
| Julio Garcia-Gonzalez | February 17, 1985 | A77 657 608 |
| Abel Grijalva-Revolorio | February 11, 1983 | A77 657 607 |
| Lucas Rodriguez-Ascencio | October 18, 1980 | A77 657 582 |

3.      On February 14, 2008, this Court granted the government's motion and ordered material witness warrants for the individuals noted above.

4.      On February 20, 2008, these 10 individuals were brought before the Court and ordered detained in order to permit the government time to conduct depositions pursuant to Federal Rule of Criminal Procedure 15.

5.      On February 26, 2008, Jose Domingo-Castro pled guilty and, on February 28, 2008, Boris Chinchilla-Linares pled guilty.

6.      Accordingly, the government will not seek to take and preserve the testimony of the 10 material witnesses pursuant to Rule 15.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court quash the arrest warrants of the 10 individuals identified below, so that they can be returned to the custody of the Bureau of Immigration and Customs Enforcement and be expeditiously deported back to their native countries.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:     /s/ J. Gregory Deis
        J. GREGORY DEIS
        Assistant United States Attorney
        (312) 886-7625

Dated: February 29, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 08 CR 63 |
| | ) | |
| BORIS CHINCHILLA-LINARES and | ) | Honorable Morton Denlow |
| JOSE DOMINGO-CASTRO | ) | |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that, on February 29, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**MOTION TO QUASH MATERIAL WITNESS WARRANTS**

were served pursuant to the district court's ECF system as to all ECF filers, and by first-class mail to non-ECF filers, if any.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s/ J. Gregory Deis
J. GREGORY DEIS
Assistant United States Attorney
(312) 886-7625