# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 63 - ALL | **DATE** | 2/29/2008 |
| **CASE TITLE** | USA vs. Boris Chinchilla-Linares, et al. | | |

**DOCKET ENTRY TEXT**

Government's motion to quash witness warrants is granted. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|