UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 63 |
| v. | ) | |
| | ) | |
| BORIS CHINCHILLA-LINARES and | ) | |
| JOSE DOMINGO-CASTRO | ) | |

**ORDER**

The government's motion to quash material witness warrants is granted as to the following individuals:

| NAME | DATE OF BIRTH | ALIEN NUMBER |
|---|---|---|
| Esteban Moran-Hernandez | | |
| Estela Mota-Gamez | | |
| Julio Mejia-Mejia | | |
| Emma Ramos-Ibanez | | |
| William Orlando Vazquez-Ville | | |
| Mefi Adiel Grijalva | | |
| Josue Morales | | |
| Julio Garcia-Gonzalez | | |
| Abel Grijalva-Revolorio | | |
| Lucas Rodriguez-Ascencio | | |

Said material witnesses shall be returned to the custody of the Bureau of Immigration and Customs Enforcement forthwith.

Date: February 29, 2008

_____
U.S. Magistrate Judge