# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **08 CR 63** |
| | ) | |
| **JOSE DOMINGO-CASTRO,** | ) | **Judge Blanche M. Manning** |
| **Defendant.** | ) | |

_____

## NOTICE OF FILING AND CERTIFICATE OF SERVICE
_____

TO:    J. Gregory Deis                Rebecca L. Fowlie
        Assistant United States Attorney    U.S. Probation Officer
        219 South Dearborn Street, 5th Floor    55 East Monroe Street – Suite 1500
        Chicago, IL 60604                Chicago, IL 60603

        **PLEASE TAKE NOTICE** that on **Thursday, June 5, 2008,** we have electronically filed the following document:

### DEFENDANT DOMINGO-CASTRO'S SENTENCING MEMORANDUM

                        Respectfully submitted,

                        JOSE DOMINGO CASTRO

             By:    s/ Patrick E. Boyle_____
                      By his attorney Patrick E. Boyle

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888

## <u>CERTIFICATE OF SERVICE</u>

     The undersigned Attorney certifies that the following Notice of Filing was served on **Thursday, June 5, 2008**, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.


                        By:     <u>s/ Patrick E. Boyle</u>
                                  PATRICK E. BOYLE

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888