Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 63 - 1 | DATE | 6/5/2008 |
| CASE TITLE | \multicolumn{3}{l}{USA vs. Jose Domingo-Castro} |

**DOCKET ENTRY TEXT**

Motion of the United States for entry of preliminary order of forfeiture [72] is granted. Enter Preliminary Order of Forfeiture.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: rs

FILED-EDI
2008 JUN 18 AM 7:38
CLERK
U.S. DISTRICT COURT