## Department of Homeland Security
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 CR 63 |
|---|---|
| DEFENDANT JOSE DOMINGO-CASTRO and BORIS CHINCHILLA-LINARES | TYPE OF PROCESS   PUBLICATION |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
DEPARTMENT OF HOMELAND SECURITY, BUREAU OF CUSTOMS AND BORDER PROTECTION, FINES, PENALTIES, AND FORFEITURES UNIT

Address (Street or RFD / Apt. # / City, State, and Zip Code)
610 SOUTH CANAL STREET, CHICAGO, ILLINOIS 60607

Send NOTICE OF SERVICE copy to Requester:
PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
219 SOUTH DEARBORN STREET, 5TH FLOOR,
CHICAGO, ILLINOIS 60604
ATTN: GREG J. DEIS, AUSA

Number Of Process To Be Served In This Case.
Number Of Parties To Be Served In This Case.
Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PLEASE PUBLISH IN A NEWSPAPER OF GENERAL CIRCULATION FOR THREE CONSECUTIVE WEEKS.**

Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant
MARSHA McCLELLAN, AUSA
Telephone No. (312)353-5300
Date 6/20/08

SIGNATURE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF HOMELAND SECURITY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated.
District of Origin No.
District to Serve No.
SIGNATURE OF AUTHORIZED AGENCY OFFICER:
Date

I hereby Certify and Return That I [✓] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:
[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)
Date of Service
Time of Service [ ] AM [✓] PM

Signature, Title and Agency

REMARKS:

Prepared by M. Watson

TD F 90-22.48 (6/96)

# CHICAGO SUN-TIMES
## THE BRIGHT ONE

I, **YOLANDA D. LOGGINS**, the authorized agent of the Sun-Times Company do hereby certify that an advertisement, of which the annexed printed slip is a true copy, was published on:

7/14, 7/21, 7/28/08

to-with 3 time(s) in all editions of the SUN-TIMES, a newspaper published in the City of Chicago, County of Cook, and the State of Illinois, and of general circulation throughout said County and State.

In Witness Whereof, and by virtue of authority duly vested in me by the Sun-Times Company, I have hereto set my hand this 28 Day of JULY A.D. 2008

_____
Authorized Agent of the Sun-Times Company

Subscribed and sworn to before me
This 28 Day of JULY A.D. 2008.

_____
Notary Public

OFFICIAL SEAL
JACQUELINE E SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/20/10

RECEIVED FP & F
2008 AUG -8 AM 11:15
U.S. CUSTOMS
CHICAGO, IL

---

**NOTICE OF FORFEITURE**

On June 5, 2008 and June 10, 2008, the United States District Court for the Northern District of Illinois, in a case entitled United States v. Jose Domingo-Castro and Boris Chinchilla-Linares, No. 08 CR 63, ordered forfeiture to the United States of the following property pursuant to 8 U.S.C. § 1324(b) and 18 U.S.C. § 982(a)(6)(A):

Funds in the amount of $1,200.

The United States intends to dispose of the property. In accordance with 21 U.S.C. § 853(n)(2), as incorporated by 18 U.S.C. § 982(b)(1), any persons or entities alleging an interest in such property must file a petition with the Court and the United States Attorney's Office, 219 South Dearborn Street, Chicago, Illinois 60604, within thirty (30) days of either the publication of this notice or receipt thereof by mail, whichever is earlier. The petition must be signed by the petitioner under penalty of perjury and must set forth:

(1) the nature and extent of the petitioner's right, title or interest in such property;

(2) the time and circumstances of the petitioner's acquisition of the right, title or interest in the property;

(3) any additional facts supporting the petitioner's claim; and

(4) the relief sought.

A hearing on the petitions may be held by the Court, notice of which shall be given to all petitioners. If you fail to file a petition to assert your right, title or interest in the above-described property, within thirty (30) days of this notice, your right, title and interest in this property shall be defaulted and forfeit to the United States. The United States then shall have clear title to the property herein described and may warrant good title to any subsequent purchaser or transferee

ROBERT W. HARRIS
U.S. Customs and Border Protection
Department of Homeland Security
610 South Canal Street
Chicago, Illinois 60607

---

350 NORTH ORLEANS STREET, CHICAGO, ILLINOIS 60654
TEL 312.321.3000 | suntimes.com