## Department of Homeland Security
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 CR 63-1 |
|---|---|
| DEFENDANT JOSE DOMINGO-CASTRO | TYPE OF PROCESS   PUBLICATION/ PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>**PATRICK EAMON BOYLE, ESQ., Attorney for JOSE DOMINGO-CASTRO** |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>155 North Michigan Avenue, Suite 562, Chicago, Illinois 60601 |

| Send NOTICE OF SERVICE copy to Requester:<br>**PATRICK J. FITZGERALD, UNITED STATES ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>219 SOUTH DEARBORN STREET, 5TH FLOOR,<br>CHICAGO, ILLINOIS 60604<br>ATTN: GREG J. DEIS, AUSA** | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PLEASE SERVE VIA CERTIFIED MAIL.**

| Signature of Attorney or other Originator requesting service on behalf of<br>MARSHA McCLELLAN, AUSA    *[signature]* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(312)353-5300 | Date<br>6/20/08 |
|---|---|---|---|

| SIGNATURE OF PERSON ACCEPTING PROCESS: *[signature]* | | | Date |
|---|---|---|---|

### SPACE BELOW FOR USE OF HOMELAND SECURITY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [X] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Jun 09 2008 | Time of Service | [ ] AM<br>[X] PM |
| | Signature, Title and Agency *[signature]* Paralegal / CBP | | |

REMARKS:
*Sent certified mail return receipt requested.*

Prepared by M. Watson

TD F 90-22.48 (6/96)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patrick Eamon Boyle, Esq.
atty for Jose Domingo-Castro
155 N. Michigan Ave., Suite 562
Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Heidi Brandis
B. Date of Delivery: 7-1-08
C. Signature: X Heidi Brandis  ☒ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7006 2760 0001 2324 4086

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

## Department of Homeland Security
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08 CR 63-2 |
|---|---|
| DEFENDANT BORIS CHINCHILLA-LINARES | TYPE OF PROCESS  PUBLICATION/ PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>KEITH J. SCHERER., Attorney for BORIS CHINCHILLA-LINARES |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>6585 North Avondale Avenue, Suite #D, Chicago, Illinois 60631 |

Send NOTICE OF SERVICE copy to Requester:
PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
219 SOUTH DEARBORN STREET, 5TH FLOOR,
CHICAGO, ILLINOIS 60604
ATTN: GREG J. DEIS, AUSA

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PLEASE SERVE VIA CERTIFIED MAIL.**

Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff  [ ] Defendant
MARSHA McCLELLAN, AUSA
Telephone No. (312)353-5300
Date 6/20/08

SIGNATURE OF PERSON ACCEPTING PROCESS:  Robert W. Harris  Date DEC 09 200_

### SPACE BELOW FOR USE OF HOMELAND SECURITY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service

Time of Service  [ ] AM  [X] PM

Signature, Title and Agency  Gregory Kendall, Paralegal/CBP

REMARKS: Mailed certified mail, return receipt requested.

Prepared by M. Watson

TD F 90-22.48 (6/96)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keith J. Scheren
attorney for Boris Chantilla-Linares
6585 N. Avondale Ave., 2nd floor
Chicago, IL 60631

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery: 7/17/08
Michael Stag

C. Signature
X [signature]  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number: 7006 2760 0001 2324 4093

PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952

Postmark: JUL 11 2008, CHICAGO, IL, USPS 60631-9998